**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.

**RONALD KENT,**

Defendant.

Case No. 20-cr-209 (CRC)

## VERDICT FORM

**COUNT ONE:** With respect to the offense of Unlawful Possession of a Firearm and

Ammunition by a Prohibited Person, we the jury find the defendant Ronald Kent:

_____X_____ Guilty              _____ Not Guilty